UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAWSON COLEMAN,

                *Plaintiff,*

-against-

CITY OF NEW YORK, POLICE
OFFICER BRET M. RASO, 22183,
POLICE TOUR COMMANDER JOHN
DOE,

                *Defendants.*
-----------------------------------------------------------------X

JUDGMENT
08-CV-5276 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 22 2009 ★

BROOKLYN OFFICE

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 20, 2009, ordering that plaintiff fails to state a claim upon which relief can be granted; and granting the defendants' motion to dismiss; and directing the Clerk of Court to enter judgment for the defendants; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff fails to state a claim upon which relief can be granted; that the defendants' motion to dismiss is granted; and that judgment is hereby entered for the defendants.

Dated: Brooklyn, New York
       October 21, 2009

                                                                                          s/Robert C. Heinemann
                                                                                          ROBERT C. HEINEMANN
                                                                                          Clerk of Court